No. 14749.   GAWNE *v.* THE CITY OF CLEVELAND. Decided April 25, 1916.   ERROR to Court of Appeals of Cuyahoga county.   *Mr. M. P. Mooney; Messrs. Tolles, Hogsett, Ginn & Morley; Messrs. Hoyt, Dustin, Kelley, McKeehan & Andrews* and *Mr. E. J. Blandin,* for plaintiff in error.   *Mr. Newton D. Baker; Mr. John N. Stockwell,* director of law, and *Mr. Arthur F. Young,* assistant director of law, for defendant in error.   On rehearing.   Former judgment [93 Ohio St., 493] adhered to. NICHOLS, C. J., JOHNSON, DONAHUE, WANAMAKER, NEWMAN, JONES and MATTHIAS, JJ., concur.